JOHN VAN TASSEL, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 14, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made November 7, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Frederic B. Jennings* for appellant.

*Artemas B. Smith* for respondent.

Agree to affirm ; no opinion.
All concur, except EARL, FINCH and GRAY, JJ., dissenting.
Judgment affirmed.

---

JOHN VAN TASSEL, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 14, 1894; decided April 10, 1894.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made November 7, 1892, which affirmed an order of Special Term denying a motion by defendant for a new trial.

*Frederic B. Jennings* for appellant.

*Artemas B. Smith* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.